# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

Stephen J. Markman,
Chief Justice

153304(54)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DEMARCUS CORNELLIUS FINLEY,
    Defendant-Appellant.

SC: 153304
COA: 323661
Kalamazoo CC: 2013-001293-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 27, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



p0227

Clerk